```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EURIPEDES FRIAS NUNEZ, ET AL.,                              :
                              Plaintiffs,                   :
                                                            :    19 Civ. 9293 (LGS)
              -against-                                     :
                                                            :           ORDER
CROSS BRONX AND ACROSS NEW YORK                             :
LIVE POULTRY INC., ET AL.,                                  :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is on January 7, 2020;

WHEREAS, Defendants propose to file a motion in a December 10, 2019, letter. A December 11, 2019, Order requires Plaintiffs to file a response letter by December 17, 2019. Plaintiffs did not timely file the letter. It is hereby

**ORDERED** that Plaintiffs shall file the letter as soon as possible and no later than **December 23, 2019, at 9:00 a.m.** The proposed motion will be discussed at the initial conference.

Dated: December 19, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**