```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
EURIPEDES FRIAS NUNEZ,                                        :
                              Plaintiff,                      :
                                                              :           19 Civ. 9293 (LGS)
               -against-                                      :
                                                              :              ORDER
NEW YORK LIVE POULTRY, INC., LLC, ET AL.,                     :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties filed their joint letter and proposed settlement agreement, in this action arising under the Fair Labor Standards Act ("FLSA") (Dkt. No. 48), and the parties filed additional supporting documentation substantiating the requested expenses and costs (Dkt. No. 50);

WHEREAS, the parties' settlement agreement was not approved, and the parties were provided an opportunity to amend the settlement agreement (Dkt. No. 51);

WHEREAS, the parties filed an executed amendment to the settlement agreement (Dkt. No. 52). It is hereby

**ORDERED** that the settlement agreement, as amended, is APPROVED as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert denied.*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012). It is further

**ORDERED** that Plaintiffs' counsel's request for $15,536.00 is GRANTED. The remainder of the settlement shall be distributed to Plaintiff.

Dated: October 13, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE